UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
RUSSELL L. LOW, ESQ. RLL-4745

In re:
    Dwayne R. Smith

Case No.: 19-17763

Chapter: 13

Adv. No.:

Hearing Date: May 16, 2019 at 10:00 am

Judge: VFP

# CERTIFICATION OF SERVICE

1. I, _Russell L. Low, Esq._ :

   ☑ represent _the debtor_ in the this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On _April 25, 2019_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   Motion to Extend Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 25, 2019

/s/Russell L. Low
Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| 1ST CRD SRVC<br>377 HOES LANE<br>PISCATAWAY, NJ 08854 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| NATIONSTAR MORTGAGE LL<br>350 HIGHLAND DR<br>LEWISVILLE, TX 75067 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| OCWEN LOAN SERVICING L<br>12650 INGENUITY DR<br>ORLANDO, FL 32826 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Parker McCay, P.A.<br>P.O. Box 5054<br>Mount Laurel, NJ 08054-4043 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SELECT PORTFOLIO SVCIN<br>PO BOX 65250<br>SALT LAKE CITY, UT 84165 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SELENE FINANCE LP<br>9990 RICHMOND AVE STE 40<br>HOUSTON, TX 77042 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy

|  |  | (as authorized by the court *) |
|---|---|---|
| KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy