# ***LOW & LOW*** *ATTORNEYS AT LAW, LLC*

*505 Main Street, Suite 304*                                              *Tel: (201) 343-4040*

*Hackensack, New Jersey 07601*                                    *Fax: (201)-488-5788*

**STANLEY W. LOW**                                                          **RUSSELL L. LOW**

April 26, 2019

Honorable Vincent F. Papalia
50 Walnut Street
Newark, NJ 07102

Re:  Case No. 19-17763, Dwayne R. Smith

Honorable Papalia,

    Please withdraw Doc. No. 13, Certificate of Service. I apologize for any inconvenience this may have caused.

Thank you,

/s/ Russell L. Low

**Russell L. Low, Esq.**