**RUSSELL L. LOW, ESQ.   RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey    07601**
**(201) 343-4040**
**Attorneys for Debtor**

Order Filed on May 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | | DISTRICT OF NEW JERSEY |
| Dwayne Smith | : | CHAPTER 13 |
| | : | CASE NO. 19-17763 |
| | : | HONORABLE VINCENT F. PAPALIA |
| Debtor | : | Hearing Date: May 16, 2019 at 10:00 am |

**ORDER ON MOTION TO EXTEND THE AUTOMATIC STAY**
**AS TO SELENE FINANCE, SELECT PORTFOLIO SERVICING, AND AS TO ALL CREDITORS**

**ORDER EXTENDING**

☐    CASE            ✓    AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: May 22, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

the Automatic Stay is extended effective the date of this Order.