Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  19−17763−VFP
                              Chapter:  13
                              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dwayne R. Smith
   P.O. Box 125
   Vauxhall, NJ 07088

Social Security No.:
   xxx−xx−1896

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/14/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 14, 2019
JAN: mcp

                                                  Jeanne Naughton
                                                  Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                      Case No. 19-17763-VFP
Dwayne R. Smith                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1                   Date Rcvd: Jun 14, 2019
                               Form ID: 148                 Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db             +Dwayne R. Smith,    P.O. Box 125,   Vauxhall, NJ 07088-0125
cr             +SN Servicing Corporation,    Friedman Vartolo LLP,   85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
518187338      +1ST CRD SRVC,   377 HOES LANE,    PISCATAWAY, NJ 08854-4138
518187346      +Marie Thebaud,    319 Franklin Ave.,   Wyckoff, NJ 07481-2068
518187339     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   NATIONSTAR MORTGAGE LL,    350 HIGHLAND DR,    LEWISVILLE, TX 75067)
518187340      +OCWEN LOAN SERVICING L,    12650 INGENUITY DR,   ORLANDO, FL 32826-2703
518187342      +Parker McCay, P.A.,    P.O. Box 5054,   Mount Laurel, NJ 08054-5054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 22:38:15     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 22:38:13     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518187341      +Fax: 407-737-5634 Jun 14 2019 22:47:33     OCWEN LOAN SERVICING L,   1661 WORTHINGTON RD,
                 WEST PALM BEACH, FL 33409-6493
518187343      +E-mail/Text: jennifer.chacon@spservicing.com Jun 14 2019 22:38:36     SELECT PORTFOLIO SVCIN,
                 PO BOX 65250,   SALT LAKE CITY, UT 84165-0250
518187345      +E-mail/Text: bkteam@selenefinance.com Jun 14 2019 22:38:01     SELENE FINANCE LP,
                 9990 RICHMOND AVE STE 40,   HOUSTON, TX 77042-4559
518187344      +E-mail/Text: bkteam@selenefinance.com Jun 14 2019 22:38:01     Selene Finance,
                 9990 Richmod Avenue,   Suite 400 South,   Houston, TX 77042-4546
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates
               Series 2006-5 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates
               Series 2006-5 rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Dwayne R. Smith rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```